## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AUGUSTO RIOS HERNANDEZ, | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 1:16-cv-01690-JDG |
| TRADE LINKER WASHINGTON, DC, INC., ET AL., | : | |
| Defendants | : | |

### NOTICE OF DISMISSAL

Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the above-captioned action, with prejudice.

Respectfully submitted,

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

By:     /s/ *Mary Craine Lombardo*
Mary Craine Lombardo (#495881)
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020
(301) 354-8126 – fax
mlombardo@steinsperling.com

*Attorneys for Plaintiff*

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

4900339_1